UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                    Plaintiff,

                                                                                      DECISION AND ORDER

                                                                                      08-CR-6274L

                        v.

JOEL IRIZARRY,

                                  Defendant.
_____

       Defendant Joel Irizarry's motion for reconsideration (Dkt. #32) of this Court's Order entered February 17, 2010, is in all respects denied.

       IT IS SO ORDERED.

                                                  _____
                                                     DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
        April 9, 2010.