UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                    DECISION AND ORDER

                                                    08-CR-6274L

               v.

JOEL IRIZARRY,

                              Defendant.
_____

        Defendant Joel Irizarry pleaded guilty pursuant to a plea agreement (Dkt. #15) on December

22, 2008.  Pursuant to that plea agreement, he was sentenced on February 24, 2009, principally to

an aggregate sentence of seventy (70) months imprisonment.  In the plea agreement, he also agreed

to forfeit his right, title or interest in a 2002 Black Jaguar, registered to one Pamela Kuras, and a final

order of forfeiture to that effect (Dkt. #24) was filed on June 2, 2009.

        Thereafter, defendant filed a *pro se* motion (Dkt. #36) requesting return of property, the 2002

Jaguar motor vehicle, pursuant to FED. R. CRIM. P. 41(g).   The Government filed a response (Dkt.

#39) to the motion.

        For the reasons stated in the Government's response in opposition to the motion, defendant's

motion for the return of property pursuant to Rule 41(g) is in all respects denied.  First of all, in the

plea agreement, the defendant specifically agreed to forfeiture of the motor vehicle as an item used

to facilitate the offenses of conviction.  Based on that section of the plea agreement, both preliminary

and final orders of forfeiture were entered as to Irizarry's interest in the vehicle.

        Furthermore, I agree with the Government that Irizarry's present request, which is brought

not on his behalf but on behalf of Pamela Kuras, is not proper.  Irizarry may not proceed on behalf

of a third party.  Also, as appears in the Government's response, civil forfeiture proceedings were commenced and Ms. Kuras received proper notice of the forfeiture action and the right to file a claim.  No claim was filed or any other action taken by her relative to the motor vehicle in question, and it was, therefore, forfeited to the Government.

CONCLUSION

Defendant Joel Irizarry's motion (Dkt. #36)  to return property pursuant to FED. R. CRIM. P. 41(g) is in all respects denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      May 25, 2011.